**Zeferino Araiza FLORES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73371.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

R. Wayne McMillan, Law Office of R. Wayne McMillan, Pasadena, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Oil, Virginia Lum, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Zeferino Araiza Flores, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

To the extent we have jurisdiction to review the BIA's denial of Araiza Flores' motion to reopen, *see Fernandez v. Gonzales*, 439 F.3d 592, 601 (9th Cir.2006), we conclude that the BIA did not abuse its discretion in determining that the evidence was insufficient to warrant reopening, *see Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law").

Araiza Flores' contention that the BIA abused its discretion under *Ramirez–Alejandre v. Ashcroft*, 320 F.3d 858 (9th Cir. 2003) (en banc), is without merit.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.